**FILED**
JUN 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LATCHMIE TOOLASPRASHAD, # 10975-056
    Plaintiff,
FCI-F Dix
Unit 5803
POB 7000
Ft Dix, NJ 08640

v.

BUREAU OF PRISONS,
    Defendant

CASE NUMBER 1:06CV01187
JUDGE: Ellen Segal Huvelle
DECK TYPE: FOIA/Privacy Act
DATE STAMP: 06/29/2006

Pro se plaintiff, Latchmie Toolasprashad, submits this cause of action against the defendant-agency and states:

## JURISDICTION

This Court is vested with exclusive jurisdiction pursuant to 5 U.S.C. §§ 552 and 552a; 28 U.S.C. § 1331; 42 U.S.C. §§ 1983 and 1985.

## VENUE

Venue is appropriate in the District of Columbia as the so-called decision makers of defendant-Bureau of Prisons (BOP) agency are located within the District of Columbia.

The records/documents that is the controversy of this action is [are] located at FCI Petersburg, VA.

## COMPLAINT

1. On March 29, 2006, plaintiff mailed to the defendant-Bureau of Prisons an FOIA/PA request seeking specific documents pertaining to himself and to be released, not to the plaintiff, rather to James Hilkey, Ph.D.[1] (Ex. 1).

---

[1] In the FOIA/PA request plaintiff clearly indicated that Dr. Hilkey is "retired" chief forensic psychologist of FCI Butner, NC, and is reviewing plaintiff's records for a parole presentation.

RECEIVED
JUN 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

2.  In the March 29, 2006 request plaintiff expressly states,

> Between June 23,2000 and July 11,2000, a psychological report was prepared at FCI Petersburg on myself for the U.S. Parole Commission. I am requesting that a copy of all testing compilation, notes of assessment, instruments and evaluative procedures of testing/notes/interviews, etc, as well as the entire file be released as soon as possible.....

**(Ex.1).**

3.  As no response to the request indicated in ¶¶ 1 and 2 above, on April 19,2006 plaintiff sent the BOP an FOIA/PA appeal **(Ex 2)** which was delivered to the BOP on April 28,2006 **(Ex 3)**, and no response has been received as of date mailing this Complaint to the Court.

## CONCLUSION

4.  Defendant-BOP had ample time to respond to the FOIA/PA request **(Ex 1)**, and/or the FOIA/PA Appeal **(Ex 2)**, but because the agency's "keepers of the keys" are not held accountable for their actions since they do as they wish without scrutiny.

5.  No law apply to the BOP as experienced by plaintiff during his lengthy confinement within 14 gulags of this this country, and only selective judges are willing to take corrective actions against the keepers -- especially since the keepers are constantly lying to the public and Courts.

## RELIEF REQUESTED

1.  That the Court order the BOP to immediately release all of the records under request to Dr.Hilkey as requested[2];

2.  That the Court award the filing fees and costs for this action which would be a deterrent to the BOP care-not attitude;

3.  That even if the BOP answers the FOIA/PA request after mailing this Complaint to the Court or during the pendency of the screening of this action,

---

[2] The mailing address is: James Hilkey,Ph.D., 3326 Chapel Hill Blvd., Suite B-121, Durham, NC 27707.

that the BOP still be held accountable for the filing fees/costs as the BOP was to provide a response within 20 days of the April 28, 2006 receipt of the appeal or by May 18, 2006 (**Ex 3**), although plaintiff has given an additional ~~eight~~ 26 days for mail to be delivered to plaintiff;

4. That the Court award additional costs and relief deems just and proper;

5. Plaintiff requests expedition of proceedings in this action as it deals with a parole matter that affects plaintiff's release.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Latchmie Toolasprashad #10975-056
FCI Ft. Dix, Unit 5803
PO Box 7000, Ft. Dix, NJ 08640

Dated: June 14, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Complaint has not been served on the defendant as the Court has to conduct its screening pursuant to the PLRA. Upon completion of screening plaintiff respectfully requests of the Court to direct the U.S. Marshals to serve the Complaint.

This the 14th day of June, 2006.

_____
Latchmie Toolasprashad

3

March 29, 2006

General Counsel
Bureau of Prisons
320 First St, NW
Washington, DC 20534

RE: **Freedom of Information/Privacy Act Request**

Dear General Counsel:

I am a prisoner confined at FCI Ft. Dix, NJ, and this is a request pursuant to the Freedom of Information Act 5 USC § 552 and the Privacy Act as amended 5 USC § 552a.

Between June 23, 2000 and July 11, 2000, a psychological report was prepared at FCI Petersburg on myself for the U.S. Parole Commission. I am requesting that a copy of <u>all</u> testing compilation, notes of assessment, instruments and evaluative procedures of testings/notes/interviews, etc., as well as the entire file be released as soon as possible to:

James Hilkey, Ph.D.
Forensic Psychologist
3326 Durham Chapel Hill Blvd, Suite B-121
Durham, NC 27707

Please note that Dr. Hilkey is retired chief forensic psychologist of FCI Butner, NC. As Dr. Hilkey is reviewing my records for a parole presentation, I waive all privacy rights and all records in question be turned over to him.

As provided in the Freedom of Information Act, I expect that a decision of my request be made within 10 working days of receiving the request. As the documents location is identified, it is not an unusual request and does not require more than the 10 working days to respond.

I declare under penalty of perjury that I waived any privacy rights and that the foregoing is true and correct pursuant to 28 USC § 1746

Sincerely,

[signature]
Lakhmie Toolasprashad #109
FCI Ft-Dix, Unit 5803, 10Bc
Ft Dix NJ 08640

C: Dr. James Hilkey, Forensic Psychologist
Susan G. James, Attorney at Law

EXHIBIT L

06 1187
FILED
JUN 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

April 19, 2006

General Counsel
Bureau of Prisons
ATTN: FOIA/PA Request
320 First Street, N.W.
Washington, DC 20534

RE: <u>Freedom of Information/Privacy Act Appeal</u>

Dear General Counsel:

On March 29, 2006, I sent you an FOIA/PA request seeking specific documents pertaining to myself. As of date, no response has been received.

This letter serves as an appeal and to facilitate your response attached hereto is a copy of the March 29, 2006 request.

I am treating your refusal to respond as a denial of my request and this letter serves as an appeal. Furthermore, I expect a response within 20 days of receiving this request.

Sincerely,

Lakhmie Toolasprashad
#10975-056
FCI Ft. Dix
Unit 5803
PO Box 7000
Ft. Dix, NJ 08640

06 1187
FILED
JUN 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Encl.

c: Dr. James Hilkey, Forensic Psychologist
Susan G. James, Attorney at Law

EXHIBIT 2

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Latch Toolasprashad
10975-056
FCI Ft Dix
Building 5803
PO Box 7000
Ft Dix NJ 08640

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

General Counsel
Bureau of Prisons
Attn: FOIA/PA Section
320 First St, NW
Washington, DC 20534

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 4/28/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)  7002 0860 0003 8271 6941

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



06 1187
**FILED**

JUN 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT 3