FILED
JUN 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TOOLASPRASHAD,
    Plaintiff,   :   CIVIL NO. __06 1187__

v.

BUREAU OF PRISONS,
    Defendant

### PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff respectfully requests of this Court to allow him to proceed in forma pauperis and states the following:

Plaintiff is willing to make partial payments until the filing fees is paid in full.

Plaintiff currently has $264.18 in his prison commissary account, and attached hereto is a copy of the Inmate Trust Funds Account. **(Ex 1).**

Plaintiff does not own any stocks, bonds, real estate, cash, automobiles, houses, etc. On June 12, 2006, plaintiff paid $600 from his account in legal fees for his parole hearing.

Therefore, plaintiff respectfully requests of the Court to allow him to proceed in forma pauperis as he is willing to make partial payments until the filing fees is paid in full.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Latchmie Toolasprashad
#10975-056
Building 5803
PO Box 7000
Ft. Dix, NJ 08640

Dated: June 14, 2006

RECEIVED
JUN 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

## CERTIFICATE OF SERVICE

I hereby certify that "Plaintiff's Motion to Proceed in Forma Pauperis" has not been served on the defendant as the Court has to conduct its screening pursuant to the PLRA. Upon completion of screening plaintiff respectfully requests of the Court to direct the U.S. Marshals to serve same.

This the 14th day of June, 2006.

_____
Latchmie Toolasprashad

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of   COLUMBIA

LATCHMIE TOOLASPRASHAD

Plaintiff

V.

BUREAU OF PRISONS

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, LATCHMIE TOOLASPRASHAD declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant/respondent  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

    If "Yes," state the place of your incarceration   FCI Fort Dix, NJ

    Are you employed at the institution?  yes   Do you receive any payment from the institution?  yes

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  (List both gross and net salary.)

       I am incarcerated

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.   N/A

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment   ☐ Yes   ☑ No
    b. Rent payments, interest or dividends            ☐ Yes   ☑ No
    c. Pensions, annuities or life insurance payments  ☐ Yes   ☑ No
    d. Disability or workers compensation payments     ☐ Yes   ☑ No
    e. Gifts or inheritances                           ☐ Yes   ☑ No
    f. Any other sources                               ☐ Yes   ☑ No

    RECEIVED

    06 1187

    **FILED**

    JUN 2 9 2006

    NANCY MAYER WHITTINGTON, CLERK
    U.S. DISTRICT COURT

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

    NANCY MAYER WHITTINGTON, CLERK
    U.S. DISTRICT COURT

4. Do you have **any** cash or checking or savings accounts?   ☑ Yes   ☐ No

   If "Yes," state the total amount.  $ 264.18   (Prison Account)

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   N/A

I declare under penalty of perjury that the above information is true and correct.

_June 14, 2006_  
Date

_[signature]_  
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

RECEIVED
JUN 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER OF THE COURT**

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____  _____ <br> United States Judge    Date | _____  _____ <br> United States Judge    Date |