UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LATCHMIE TOOLASPRESHAD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-1187 (ESH) |
| | ) |
| **FEDERAL BUREAU OF** | ) |
| **PRISONS, <u>et al.</u>,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Marian L. Borum, Assistant United States Attorney, as counsel of record for the defendant in the above-captioned case.

                Respectfully submitted,

                /s/

MARIAN L. BORUM, D.C. BAR #435409
Assistant United States Attorney
Judiciary Center Building
555 Fourth St., N.W., - Civil Division
Washington, D.C.  20530
(202) 514-6531

## CERTIFICATE OF SERVICE

      I hereby certify that, on this 19th day of July, 2006, a copy of the foregoing was served by First-Class mail; postage prepaid to:

L. Toolasprashad
# 10975-056
FCI Ft. Dix
Unit 5803
P.O. Box 7000
Fr. Dix, NJ 08640

                                      /s/
                           _____
                           MARIAN L. BORUM
                           Assistant United States Attorney
                           Judiciary Center Building
                           555 Fourth St., N.W.- Civil Division
                           Washington, D.C.  20530
                           (202) 514-6531