IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LATCHMIE TOOLASPRASHAD** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1187 (ESH) |
| ) | |
| **FEDERAL BUREAU OF PRISONS,** ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of thirty (30) days, up to and including September 4, 2006, in which to answer, move or otherwise respond to plaintiff's complaint. Defendant's reply would otherwise be due on August 4, 2006.

This case arises under the Freedom of Information Act, 5 U.S.C. § 552 and pertains to the processing of plaintiff *pro se*'s FOIA requests by the Bureau of Prisons. Plaintiff, who is incarcerated at a federal correctional institution, is seeking records concerning materials prepared in connection with the taking of a psychological examination.

Undersigned counsel contacted agency counsel and learned that the agency is searching for the documents needed in order to prepare a response in this matter. However, the documents have not yet been located. For these reasons, and to ensure that the government has sufficient time to prepare the materials to carry its burden in this case, defendant respectfully requests that the enlargement sought be granted.

Defendant has not conferred with plaintiff *pro se* regarding this matter because plaintiff *pro se* is incarcerated.[1]  An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendant

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). That Rule excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, the Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference. LcvR 16.3(a).

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of July, 2006, I caused the foregoing to be served by first class mail, postage prepaid, to plaintiff *pro se*:

Latchmie Toolasprashad
#10975-056
Federal Correctional Institution - Fort Dix
Unit 5803,
P.O. Box 7000
Fort Dix, New Jersey 08640


/s/
MARIAN L. BORUM
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LATCHMIE TOOLASPRASHAD ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL BUREAU OF PRISONS, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-1187 (ESH) |

## ORDER

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2006

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to an including September 4, 2006 in which to answer, move or otherwise respond to plaintiff's Complaint.


Date _____        _____
                                 UNITED STATES DISTRICT JUDGE