UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TOOLASPRASHAD,
  Plaintiff,

v.                                    CASE NO. 06-1187-ESH

BUREAU OF PRISONS,
  Defendant

RECEIVED
AUG 9 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION
FOR ENLARGEMENT OF TIME

Plaintiff opposes defendant's motion for a 30-day enlargement of time up to September 4, 2006 to file an answer.

Plaintiff submitted an FOIA/PA request to defendant-Bureau of Prisons (BOP) on March 29, 2006, and as no timely response was provided on April 19, 2006 plaintiff mailed an FOIA/PA Appeal and received by the corrupt BOP on April 28, 2006. (See, Complaint Exhibits 1, 2 and 3).

As of date, the BOP failed to comply with the statutory time limit to respond to the FOIA/PA request/appeal — a showing of no accountability by the "Keepers of the Keys."

Moreover, defendant provided no convincing reason for a 30 day enlargement of time, because defendant never took the time to even acknowledge the receipt of the request and, now, that this action is in process defendant choose to hide behind the United States Government to continue their bureaucratic scheme which should not be allowed.

The BOP had more than enough time from date of receipt to produce the documents and though they never even acknowledge the request made by plaintiff — still seek additional time. This is abusive process of statutory time limitation in responding

to FOIA request. Had the "Keepers of the Keys" performed their statutory duty and responded to plaintiff's FOIA/PA request when they received same he would not have filed this objection. However, it is clear that there is no accountability by BOP guards.

While plaintiff is aware that this Court will grant the enlargement of time to defendant, this objection should be considered as defendant should have requested a modest enlargement of time.

Therefore, plaintiff respectfully requests of the Court to deny the 30-day enlargement of time as excessive and order immediate production of the documents.

Pursuant to 28 U.S.C. § 1746, I declare that the foregoing is true and correct.

Respectfully submitted,

*Latchu*

Latchmie Toolasprashad 10975-056
Building 5803, PO Box 7000
Ft Dix, NJ 08640

CERTIFICATE OF SERVICE

I hereby certify that a copy of "Plaintiff's opposition to Defendant's Motion for Enlargement of Time" has been mailed postage prepaid by depositing same in the U.S. Mail on this the 5th day of August, 2006 addressed as:

Marian L. Borum
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W. — Civil Division
Washington, DC 20530

*Latchu*
Latchmie Toolasprashad

2