UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LATCHMIE TOOLASPRASHAD, ) | |
| ) | |
| Plaintiff, ) | No. 06-1187 (ESH) |
| ) | |
| v. ) | |
| ) | |
| BUREAU OF PRISONS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Upon consideration of defendant's Motion to Dismiss, of all the papers filed in support of and in opposition to that motion, and of the entire record, and it appearing to the Court that the granting of defendant's motion would be just and proper, it is by the Court this ____ day of _____, 2006,

ORDERED that defendant's motion to dismiss be, and it hereby is, granted;

ORDERED that this case be, and it is, dismissed with prejudice.

_____
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LATCHMIE TOOLASPRASHAD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | No. 06-1187 (ESH) |
| | ) | |
| v. | ) | |
| | ) | |
| **BUREAU OF PRISONS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

Upon consideration of defendant's motion for summary judgment, of all the papers filed in support of and in opposition to that motion, and of the entire record, and it appearing to the Court that the granting of defendant's motion would be just and proper, it is by the Court this ___ day of _____, 2006,

ORDERED that defendant's motion for summary judgment be, and it hereby is, granted;

ORDERED that this case be, and it is, dismissed with prejudice.

_____
UNITED STATES DISTRICT COURT

Copies to:

Marian L. Borum
Assistant United States Attorney
501 Third Street, Fourth Floor
Washington, D.C. 20530
(202) 514-6531

Latchmie Toolasprashad
#10975-056
FCI Fort Dix
Unit 5803
P.O. Box 7000
Fort Dix, New Jersey 08640