**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF COLUMBIA**

Latchmie Toolasprashad,
    Plaintiff,

      v.                Civil No. 1:06-CV-01187-ESH

Bureau of Prisons,
    Defendant,

<u>DECLARATION OF KATHLEEN QUIGLEY</u>

I, Kathleen Quigley, under penalty of perjury do hereby declare, certify and state :


    1. I am the Paralegal Specialist Trainee for the Federal Bureau of Prisons (hereinafter BOP), Northeast Regional Office, Philadelphia, Pennsylvania. As part of my official duties, I am responsible for responding to Freedom of Information Act requests made to the BOP for records maintained in the Northeast Region. I have access to and am responsible for maintaining the Freedom of Information Act and Privacy Act (hereinafter FOIA/PA) files for requests processed in this office.


    2. I have reviewed the instant complaint and understand the Plaintiff, Latchmie Toolasprashad, Register Number 10975-056, who is currently incarcerated at the Federal Correctional Institution

(FCI), Fort Dix, New Jersey, alleges the BOP has failed to respond to his request for access to a Bureau of Prisons document.

3.  Official records maintained in this office reflect that Plaintiff made a request, dated March 29, 2006, under the FOIA/PA, for copies of psychological records.  This request was received by the BOP Central Office FOIA/PA Section on or about April 5, 2006.

4.  The request was forwarded to the BOP's Northeast Regional Office on or about April 7, 2006.  The request was assigned Request Number 2006-06400.  A copy of the request is attached as Exhibit 1.

5.  A review of the request reveals that the Plaintiff requested psychology reports, including a report prepared at FCI Petersburg between June 23, 2000 and July 11, 2000.

6.  On or about June 5, 2006, a request for responsive documents was forwarded to FCI Fort Dix.  Documents were received, reviewed and processed in accordance with the Bureau of Prisons guidelines for Freedom of Information Act requests.

7. By letter dated August 15, 2006, forty-six pages of responsive records, were sent to a forensic psychologist identified by the Plaintiff.  A copy of the letter, without attachments, was sent to the Plaintiff.   A true and correct copy of this letter is attached hereto as Exhibit 2.


Pursuant to the provisions of 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 30, 2006.

*Kathleen Quigley*
Kathleen Quigley
Paralegal Specialist Trainee
Federal Bureau of Prisons
Philadelphia, Pennsylvania

# EXHIBIT 1

March 29, 2006

General Counsel
Bureau of Prisons
320 First St, NW
Washington, DC 20534

RE: <u>Freedom of Information/Privacy Act Request</u>

Dear General Counsel:

I am a prisoner confined at FCI Ft Dix, NJ, and this is a request pursuant to the Freedom of Information Act 5 USC § 552 and the Privacy Act as amended 5 USC § 552a.

Between June 23, 2000 and July 11, 2000, a psychological report was prepared at FCI Petersburg on myself for the U.S. Parole Commission. I am requesting that a copy of *all* testing compilation, notes & assessment instruments and evaluative procedures & testing/notes/interviews, etc, as well as the entire file be released as soon as possible to:

    James Hilkey, Ph.D.
    Forensic Psychologist
    3326 Durham Chapel Hill Blvd, Suite B-121
    Durham, NC 27707

Please note that Dr. Hilkey is retired Chief forensic psychologist of FCI Butner, NC. As Dr. Hilkey is reviewing my records for a parole presentation, I *want* all Privacy rights and all records or material be turned over to him.

As provided in the Freedom of Information Act, I expect that a decision of my request be made within 10 working days of receiving the request. As the document location is identified, this is not an unusual request and does not require more than the 10 working days to respond.

I declare under penalty of perjury that I waived any privacy rights and that the foregoing is true and correct pursuant to 28 USC § 1746.

                                    Sincerely,

                                    [signature]
                                    Lakhmie Toolasprashad #10975-056
                                    FCI Ft Dix, Unit 5803, Fortex 7000
                                    Ft Dix, NJ 08640

c: Dr. James Hilkey, Forensic Psychologist
   Oscar G. James, Attorney at Law

**EXHIBIT 2**

 

**U.S. Department of Justice**

**Federal Bureau of Prisons**

*Northeast Regional Office*

---

U.S. Custom House-7th Floor
2nd & Chestnut Streets
Philadelphia, PA. 19106

August 15, 2006

James Hilkey, Forensic Psychologist
3326 Durham Chapel Hill Boulevard
Suite B-121
Durham, North Carolina 27707

RE:  Freedom of Information Request No. 2006-06400
     Latchmie Narayan Toolasprashad, Reg. No. 10975-056

Dear Mr. Hilkey:

This is in response to a request received by federal inmate
Latchmie Narayan Toolasprashad, Reg. No. 10985-056.  He asks that
a copy of his psychology records maintained by the Federal Bureau
of Prisons be forwarded to you.

Forty-six (46)pages of records were received in this office for a
release determination.  Upon review, it has been determined
these 46 pages are disclosable to you in their entirety and are
enclosed herein.

I trust that this has been responsive to your request.

Sincerely,

Henry J. Sadowski
Regional Counsel

cc:  Latchmie Narayan Toolasprashad, Reg. No. 10975-056

Enclosure: 46 pages