UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TOOLASPRASHAD,
    Plaintiff,

v.

BUREAU OF PRISONS,
    Defendant

CIVIL NO. 06-1187-ESH

ORDER

Upon consideration of defendant's motion to dismiss and plaintiff's combined affidavit and objections in opposition to defendant's motion to dismiss, it is

ORDERED that defendant's motion to dismiss is DENIED; and it is

FURTHER ORDERED that defendant shall file within 30 days from date of this order a responsive motion to plaintiff's assertions about the adequacy of the search and withholding of approximately 500 plus pages of documents that was turned over to the psychology intern, and specifically describe the search methods, files searched and records located pursuant to Vaugh v. Rosen, 484 F.2d 820, 826 (D.C.Cir 1973); and it is

FURTHER ORDERED that the plaintiff will get an opportunity to seek reasonable costs within 30 days upon resolution of this action.

This the _____ day of _____, 2006.

                                                    _____
                                                  HONORABLE ELLEN S. HUVELLE
                                                  UNITED STATES DISTRICT JUDGE