UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LATCHMIE TOOLASPRASHAD,       ) | |
|                              ) | |
| Plaintiff,        ) | Civil Action No. 06-1187 (ESH) |
|                              ) | |
| v.                           ) | |
|                              ) | |
| BUREAU OF PRISONS,           ) | |
|                              ) | |
| Defendant.        ) | |
|                              ) | |

**DEFENDANT'S NOTICE OF FILING OF
SUPPLEMENTAL DECLARATION**

On November 6, 2006, Defendant filed a Reply to Plaintiff's Objections to Defendant's Motion to Dismiss. <u>See</u> Docket Entry No. 16. The executed Supplemental Declaration of Kathleen Quigley was not attached to the Reply. Undersigned counsel is now filing that Supplemental Declaration.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C.. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 4th Street, N.W., 4th Floor- Civil Division
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendant

1

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on this 7th day of November, 2006, a copy of the foregoing was sent by First-Class Mail, postage prepaid, to:

Latchmie Toolasprashad
#10975-056
FCI Fort Dix
Unit 5803
P.O. Box 7000
Fort Dix, New Jersey 08640

/s/
MARIAN L. BORUM
ASSISTANT UNITED STATES ATTORNEY