UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Latchmie Toolasprashad,<br>    Plaintiff,<br><br>    v.<br><br>Bureau of Prisons,<br>    Defendant, | Civil No. 1:06-CV-01187-ESH |

DECLARATION OF DR. ROBERT W. NAGLE

I, Dr. Robert W. Nagle, under penalty of perjury do hereby declare, certify and state:

1. I am the Chief of Psychology Services at the Federal Correctional Institution (FCI), in Petersburg, Virginia. I have been a licensed psychologist since 2002. I have been employed by the Department of Justice, Federal Bureau of Prisons since January 1999. I have held my current position since May 2006.

2. As part of my official duties, I have access to, among other things, psychology services records maintained on inmates who have been treated by Psychology Services staff (including interns) while at FCI Petersburg.

3. I am aware that Latchmie Toolasprashad, Federal Register Number 10975-056, who is currently incarcerated at the Federal Correctional Institution (FCI), Fort Dix, New Jersey, has filed the above-captioned lawsuit. He alleges, in part, the BOP has failed to provide him with approximately "500 plus documents" that he claims he turned over to a psychology intern while he was housed at FCI Petersburg.

4. It is my understanding that the Plaintiff requested a copy of a psychological report prepared at the Federal Correctional Institution (FCI), Petersburg, Virginia, between June 23, 2000, and July 11, 2000. By letter dated August 15, 2006, forty-six pages of records, including a six page report prepared at FCI Petersburg, were sent to a forensic psychologist identified by the Plaintiff.

5. On or about October 19, 2006, an electronic message was sent from a Paralegal Trainee in the Northeast Regional Office to the Legal Services mailbox at FCI Petersburg requesting information as to whether or not the "500 plus documents that the inmate provided are/were maintained in a system of records at FCI Petersburg." The message was referred to me for a search and response.

6. All psychology records are maintained in a computer-based system referred to as Psychology Data System (PDS). On or

about October 20, 2006, utilizing the Plaintiff's inmate register number, I conducted an electronic search of the complete copy of Plaintiff's entire psychology file contained in the(PDS). I did not find any of the "500 plus documents" the Plaintiff allegedly provided to an intern working in FCI Petersburg's Psychology Services Department.

7. An "intern file", containing routine personnel documentation, is maintained on each individual who participated in an internship at FCI Petersburg. These files are maintained on these individuals for American Psychological Association accreditation purposes. These files do not contain any documentation specifically related to individual inmate's psychological treatment. During the summer of 2000, four individuals were participating in internships at FCI Petersburg. I conducted a page by page search of the "internship file" maintained on each of these four interns. These files are kept in a filing cabinet in the Psychology Services Department at FCI Petersburg. The files did not contain the "500 plus documents" referenced by the Plaintiff.

8. Although Plaintiff was not at FCI Petersburg for a forensic evaluation, in an effort to be as thorough as possible, I also searched forensic evaluation cases conducted at FCI Petersburg. This search was done by both a computer using the inmate's register number and by a review of file folders

maintained in such cases. No records regarding the Plaintiff were found.

9. With regard to the Plaintiff's claim that he gave an intern "500 plus documents", it is not normal procedure at FCI Petersburg for Psychology Services staff to accept these documents from an inmate. If an inmate had presented a set of documents to staff, Psychology Services staff may have reviewed them but would have no reason to keep them. There is no report or any evidence that the Plaintiff provided these documents to any staff member in the Psychology Services Department at FCI Petersburg.

10. I aver that all files at FCI Petersburg likely to contain records responsive to the Plaintiff's request for "500 plus documents" were searched. No such records were located.

Pursuant to the provisions of 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 13, 2006

Robert W. Nagle, Psy.D.
Chief Psychologist
Federal Correctional Institution
Petersburg, Virginia