UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

Latchmie Toolasprashad,
    Plaintiff,

v.

Bureau of Prisons,
    Defendant,

Civil No. 1:06-CV-01187-ESH

DECLARATION OF ROBERT FERRETTI

I, Robert Ferretti, under penalty of perjury do hereby declare, certify and state:

1. I am the Case Manager at the Federal Correctional Institution (FCI), in Fort Dix, New Jersey. As part of my official duties, I have access to, among other things, central file records maintained on inmates while at FCI Fort Dix. I am presently the Case Manager for Latchmie Toolasprashad.

2. I am aware that Latchmie Toolasprashad, Federal Register Number 10975-056, who is currently incarcerated at the Federal Correctional Institution (FCI), Fort Dix, New Jersey, has filed the above-captioned lawsuit. He alleges, in part, that the BOP has failed to provide him with approximately "500 plus documents" that he claims he turned over to a psychology intern while he was

1

housed at FCI Petersburg.

3. On or about November 30, 2006, the FCI Fort Dix staff attorney contacted me to conduct a search of Latchmie Toolasprashad's central file to locate the above-referenced "500 plus documents".

4. A page by page review of Latchmie Toolasprashad's Inmate Central File, Volume I of Two Volumes, Section II produced one hundred twenty-three pages of military documents.

Pursuant to the provisions of 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 11, 2006

_____
Robert Ferretti
Case Manager
Federal Correctional Institution
Fort Dix, New Jersey