IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LATCHMIE TOOLASPRASHAD** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1187 (ESH) |
| ) | |
| **FEDERAL BUREAU OF PRISONS,** ) | |
| ) | |
| **Defendant.** ) | |

**MOTION FOR ENLARGEMENT OF TIME TO OPPOSE PLAINTIFF'S MOTION TO AMEND COMPLAINT TO ADD CLAIMS AND DEFENDANTS**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of thirty (30) days, up to and including January 26, 2007, in which to oppose plaintiff's motion to amend the Complaint to add claims and defendants. Defendant's reply would otherwise be due on December 27, 2006.

This case arises under the Freedom of Information Act, 5 U.S.C. § 552 and pertains to the processing of plaintiff *pro se*'s FOIA requests by the Bureau of Prisons. Plaintiff now seeks to amend the Complaint to add a Privacy Act claim and additional defendants.

Due to committed leave schedules, defendant will be unable to prepare a response by December 27, 2006. As there are no pending deadlines, this enlargement will not affect any other deadlines in this matter. To ensure that the government has sufficient time to prepare its response, defendant respectfully requests that the enlargement sought be granted.

Defendant has not conferred with plaintiff *pro se* regarding this matter because plaintiff

*pro se* is incarcerated.¹  An order granting the relief sought is attached hereto.

                    Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendant

---

¹ Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). That Rule excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, the Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference. LcvR 16.3(a).

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2006, I caused the foregoing to be served by first class mail, postage prepaid, to plaintiff *pro se*:

Latchmie Toolasprashad
#10975-056
Federal Correctional Institution - Fort Dix
Unit 5803,
P.O. Box 7000
Fort Dix, New Jersey 08640

/s/
MARIAN L. BORUM
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **LATCHMIE TOOLASPRASHAD**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1187 (ESH) |
| ) | |
| **FEDERAL BUREAU OF PRISONS**, ) | |
| ) | |
| Defendant. ) | |

### ORDER

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 200__

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to an including January 26, 2007 in which to oppose plaintiff's motion to amend the Complaint to add claims and defenses.


Date _____                    _____
                                              UNITED STATES DISTRICT JUDGE