UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **LATCHMIE TOOLASPRASHAD,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | Civ. Action No. 06-1187 (ESH) |
| **BUREAU OF PRISONS,** | ) ) ) | |
| **Defendant.** | ) ) | |

## ORDER

Defendant seeks an enlargement of time to oppose plaintiff's motion to amend the complaint. No responsive pleading has been filed; thus, plaintiff may amend the complaint once without leave of court. *See* Fed. R. Civ. P. 15(a); *U.S. Information Agency v. Krc*, 905 F.2d 389, 399 (D.C. Cir. 1990) ("Motions for summary judgment or dismissal . . . do not constitute responsive pleadings that prevent a party from amending without leave of court."); *accord James V. Hurson Assoc., Inc. v. Glickman*, 229 F.3d 277, 283 (D.C. Cir. 2000). The amended complaint has been properly docketed. Accordingly, it is

**ORDERED** that defendant's motion for an enlargement of time [Dkt. No. 27] is **DENIED** as moot.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: December 22, 2006