UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LATCHMIE TOOLASPRASHAD** | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No. 06-1187 (ESH) <br> ) |
| **FEDERAL BUREAU OF PRISONS,** | ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

## MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(2), and for good cause shown, hereby respectfully moves for an enlargement of time until January 31, 2007, in which to answer, move or otherwise respond to plaintiff's Amended Complaint.

On December 13, 2006, plaintiff filed a Combined Motion and Amended Complaint to Add Claims and Defendants (Docket Entry No. 24). In that pleading, plaintiff sought to amend the Complaint to "add a . . . Privacy Act claim against the Bureau of Prisons (BOP) and U.S. Parole Commission (USPC), as well as individual defendants . . . ." Combined Motion and Amended Complaint at p. 1. See Defendant's Motion for Enlargement of Time at p. 1 (Docket Entry No. 27). On December 22, 2006, defendant filed a Motion for Enlargement of Time to Oppose Plaintiff's Motion to Amend Complaint to Add Claims and Defendants. See Defendant's Motion for Enlargement of Time. The Court denied defendant's motion as moot indicating that plaintiff could "amend the complaint once without leave of court." Order of December 22, 2006 (Docket Entry No. 28).

Defendant files the instant motion seeking an enlargement of time up to and including

January 31, 2007 to file a responsive pleading to Plaintiff's Amended Complaint. Defendant seeks this additional time in order to confer with agency counsel at the United States Parole Commission as well as the additional parties. For these reasons, and to ensure that the government has sufficient time to prepare the materials to carry its burden in this case, defendant respectfully requests that the enlargement sought be granted.

Defendant has not conferred with plaintiff *pro se* regarding this matter because plaintiff *pro se* is incarcerated.[1]  An order granting the relief sought is attached hereto.

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). That Rule excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, the Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference. LcvR 16.3(a).

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 451058
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-6531
Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of January, 2006, I caused the foregoing to be served by first class mail, postage prepaid, to plaintiff *pro se*:

Latchmie Toolasprashad
#10975-056
Federal Correctional Institution - Fort Dix
Unit 5803
P.O. Box 7000
Fort Dix, New Jersey 08640

                                                /s/
                                                MARIAN L. BORUM
                                                Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LATCHMIE TOOLASPRASHAD**,  Plaintiff, <br><br> v. <br><br> **FEDERAL BUREAU OF PRISONS**, <br><br> Defendant. | Civil Action No. 06-1187 (ESH) |

## ORDER

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of January, 2007

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to an including January 31, 2007 in which to answer, move or otherwise respond to plaintiff's Complaint.


Date _____                    _____
                                            UNITED STATES DISTRICT JUDGE