UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TOOLASPRASHAD,
    Plaintiff,

v.

BUREAU OF PRISONS,
    Defendant

CASE NO. 06-1187 (ESH)

Let this be filed
ESH 1/19/07

FILED
JAN 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF'S OBJECTIONS TO DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT

Plaintiff respectfully files this objection to defendant's motion for enlargement of time and states:

In a previous document by defendant titled "Motion for enlargement of time to oppose plaintiff's motion to amend complaint to add claims and defendants" dated December 21, 2006, defendant sought up to and including January 26, 2007 (Doc # unknown). However, in an order dated December 22, 2006, the Court denied as moot, indicating plaintiff's amended complaint is properly filed (Doc. # 28).

Now defendant's seeks up to January 31, 2007 to file a response to plaintiff's amended complaint. Plaintiff is opposing this extension, although he is aware that the Court will grant same. Initially, defendant sought up to January 26, 2007 to oppose plaintiff's amended complaint. This January 26, 2007 date should be no different now to file an answer to the amended complaint. The government and U.S. Attorneys are quick to put anyone in prison who do not have political connection or family/friends in law enforcement, but whenever prisoner's as such of plaintiff doing the best he can to get out of prison the process has to be snail-slow to comport with the government ways of keeping minorities in prison. Through this litigation plaintiff will show this Court how the U.S. Parole Commission

clearly does not render decisions based on the prisoner's exceptional record/conduct, rather the Parole Commission is trying to secure their jobs and that there is no oversight to the Bureau of Prisons and Parole Commission's madness.

In any event, while plaintiff is aware that the Court will grant the defendant's enlargement of time, plaintiff oppose same and defendant should respond by the initial due date of January 26, 2007 as was originally sought.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Latchmie Toolasprashad
#10975-056
FCI Ft Dix
Building 5803, PO Box 7000
Ft Dix, NJ 08640

### CERTIFICATE OF SERVICE

I hereby certify that a copy of "Plaintiff Objections to Defendant's motion for Enlargement of Time to file Response to Plaintiff's Amended Complaint" has been mailed by first class postage on this the 15th day of January, 2007, and addressed as:

Marian L. Borum
Assistant U.S. Attorney
555 Fourth Street, NW, Civil Division
Washington, DC 20530

Latchmie Toolasprashad

2