UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TOOLASPRASHAD,
    Plaintiff,

v.                                    CASE NO. 06-1187 (ESH)

BUREAU OF PRISONS,
    Defendant

RECEIVED
JAN 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF'S "SUPPLEMENTAL" OBJECTIONS TO
DEFENDANT'S RENEWED MOTION TO DISMISS, OR, IN
THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Plaintiff respectfully files this supplemental objections and states,

On January 9, 2007, plaintiff mailed his objections to defendant's renewed motion to dismiss or summary judgment, and this supplement follows:

In Nagle's declaration (Exhibit 7 of defendant Renewed motion) at ¶ 9 indicated no evidence that plaintiff ever provided the 500 plus documents to any psychology guards at Petersburg. Plaintiff clearly addressed this issue in "Plaintiff's Objections to Defendant's Renewed Motion to Dismiss or, in the Alternative, for Summary Judgment" dated January 9, 2007 at pages 9-11 (Doc # unknown). Since the mailing of this document, plaintiff draws the Court's attention to Inmate Request to Staff Member ("copout"). In a copout to Berry, psychology-intern dated August 8, 2000, hand-delivered same to Berry that upon requesting a copy of the psychology-intern's report, a Counselor Jones informed (at Petersburg) to obtain same from the psychology department. In the same copout, plaintiff requested copies of the psychological report, military records, education records from Berry or Pugh by "hand-delivered" the copout to Berry; however, the copout was never responded to. (Exhibit 1).

In a second "hand-delivered" copout to Berry dated August 9, 2000, plaintiff noted he took complete responsibility for his offense, but in Berry's report he indicates plaintiff only took responsibility to gain parole. Moreover, in the same copout plaintiff noted "The

military records and education documents I submitted is my only copy. I would like to have a copy of the military and education documents when the report is completed, or at your convenience." (Exhibit 2).

Still Nagle had the nerve to openly lie in his declaration to the Court and plaintiff that no evidence exists plaintiff ever provided the documents to any psychology guard(s). This is a clear showing how these prison guards are open, bold-faced liars, covering up for each other at all levels, and do not care how they perform their jobs because there is no oversight. The evidence is clear that Nagle is an outright liar, and Berry indeed took possession of the documents.

During the course of the psychology-intern's report, at no time plaintiff was ever made aware that Berry was an psychology-intern. Pugh in a "few seconds" interview told plaintiff that Berry would conduct the evaluation and at all times plaintiff was given the distinct impression by both Berry and Pugh that Berry was a licensed clinical psychologist, not a psychology-intern. Had plaintiff been told that Berry was an intern he would have requested that another guard conduct same and/or all interviews conducted with both Berry and Pugh, especially since Drew Kerr (psychology-guard) made plaintiff his personal plaything at FCI Ft. Dix, lying how he had already written and submitted the report to the parole board -- when it wasn't true.

Not because plaintiff is a prisoner the guards should be believed over him because of his status as a prisoner. There is adequate evidence that Berry took possession of the 500 plus documents and summary judgment is inappropriate.

Pursuant to 28 U.S.C. § 1746, I declare the foregoing is true and correct.

Respectfully submitted,

Latchmie Toolasprashad
#10975-056
Building 5803
PO Box 7000
Ft Dix, NJ 08640

Dated: January 15, 2007

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of "Plaintiff's 'Supplemental' Objections to Defendant's Renewed Motion to Dismiss or, in the Alternative, for Summary Judgment" has been mailed by first class postage on this the 15th day of January, 2007, and addressed as:

Marian L. Borum
Assistant U.S. Attorney
555 Fourth Street, NW, Civil Division
Washington, DC 20530

_____
Latchmie Toolasprashad

BP-S148.055   INMATE REQUEST TO STAFF CDFRM
JUNE 98
U.S. DEPARTMENT OF JUSTICE                                      FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Dr. Berry // Dr. Pugh | DATE: 8-8-00 |
| FROM: Ralph Toolasprashad | REGISTER NO.: 10975-056 |
| WORK ASSIGNMENT: Educ | UNIT: RH |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I requested of Counselor Jones to provide me a copy of the psychological report prepared by you. Counselor Jones informed me that I must obtain a copy of the report from the Psy. Dept.

As my parole hearing is now within a few weeks, I am practically without time to prepare.

Therefore, I am requesting a copy of the following:
  (1) Psy Report
  (2) Military Records
  (3) Education Records

As always, Thanks for your time.

(Do not write below this line)

DISPOSITION:

Exhibit 1

| Signature Staff Member | Date |

Record Copy - File; Copy - Inmate
This form may be replicated via WP)                This form replaces BP-148.070 dated Oct 86
                                                   and BP-S148.070 APR 94


Printed on Recycled Paper

BP-S148.055   **INMATE REQUEST TO STAFF** CDFRM
 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Dr. Berry, Psychologist | August 9, 2000 |
| FROM: | REGISTER NO.: |
| Lotfi Toolasprashad | 10775-056 |
| WORK ASSIGNMENT: | UNIT: |
| Educ. | CH |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I was not of the info being provided here may have any impact on my report.

I participate with Dr. Alexander's Veterans Group. Also, I work from 7:30 - 3:45 daily, to include Volunteer as a law clerk during the nights (8:30 - closing), as well as weekends.

As I stated to you, Dr. Berry, I have taken complete responsibility for the offense, and am being tortured daily for same.

(See Attached)
(Do not write below this line)

DISPOSITION:

Exhibit 2

| Signature Staff Member | Date |
|---|---|
| | |

(Record Copy - File; Copy - Inmate
This form may be replicated via WP)       This form replaces BP-148.070 dated Oct 86
                                          and BP-S148.070 APR 94

My institution conduct is documented through letters of commendations and certificates at all levels from staff at all institutions. My last progress report is from Ft. Dix (June, 2000) and it was very positive.

The military records and education documents I submitted is my only copy. I would like to have a copy of the military and education document when the report is completed, or at your convenience.

Thanks for your time.