UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LATCHMIE TOOLASPRASHAD, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1187 (ESH) |
| BUREAU OF PRISONS, | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion and in the Memorandum Opinion and Order of November 13, 2006, it is

**ORDERED** that defendant's renewed motion for summary judgment [Dkt. No. 20] is **GRANTED**; and it is

**FURTHER ORDERED** that judgment is entered for defendant on the claim brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: January 31, 2007