# Latchmie Toolasprashad v. BOP, et al.
## Case No. 06-1187 (ESH)

## Transfer Order

## Exhibit 2

**FILED**

APR 2 3 2004

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LATCHMIE TOOLASPRASHAD, )
)
Plaintiff, )
)
v. ) Civil Action No. 04 0652
)
BUREAU OF PRISONS, et al., )
)
Defendants. )

04cv3219 (JBS)

### TRANSFER ORDER

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff is a federal inmate at FCI-Fort Dix, New Jersey. He alleges that the psychologists at the prison have relied on inaccurate diagnoses affecting his parole eligibility. He contends that the Parole Commission relied on this inaccurate information in denying him parole.

Plaintiff's claims arise from alleged wrongdoing at the Fort Dix, New Jersey facility, where the individuals directly implicated are located. None of the claims arise from actions in this jurisdiction or involve individuals who reside in the District of Columbia. The Court therefore finds it in the interests of justice and judicial economy to transfer the case pursuant to 28 U.S.C. §1406(a) to an appropriate venue. *See* 28 U.S.C. § 1391(b) (under the circumstances presented, venue lies where the defendants reside or where "a substantial part of the events or omissions giving rise to the claim occurred . . .").

Accordingly, it is this 9th day of April, 2004,

**ORDERED** that this action is hereby **TRANSFERRED** to the United States District Court for the District of New Jersey. The Clerk of this Court shall file and docket the complaint. Whether plaintiff should be permitted to proceed further without prepayment of fees

is a determination to be made by the transferee court.

_____
United States District Judge

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By _____
Deputy Clerk

**United States District Court**
**for the District of Columbia**
**Clerk's Office**
333 Constitution Avenue, NW
Washington, D.C. 20001

Nancy Mayer-Whittington
Clerk

**RECEIVED**

JUL 2 2004

June 27, 2004

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

04cv3219(JBS)

Clerk's Office
United Stated District Court
for the District of New Jersey
Post Office Box 419
Newark, NJ 07101-0419

RE: 04-652   TOOLASPRASHAD V. BOP, et al.

Dear Clerk:

On April 23, 2004, this Court signed an order transferring the above-entitled case to your Court. Enclosed is a copy of that order together with certified copies of our electronic case file, and a certified copy of the docket entries.

Please acknowledge receipt of our file on the duplicate copy of this letter. Please indicate your case number somewhere on the receipt.

NANCY MAYER-WHITTINGTON, Clerk

By: ____/s/____
Jackie Francis, Deputy Clerk
(202) 354-3174