# Latchmie Toolasprashad v. BOP, et al.
## Case No. 06-1187 (ESH)

## Second Declaration of Robert Ferretti
## January 29, 2007

## Exhibit 4

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

Latchmie Toolasprashad,
    Plaintiff,

v.

Bureau of Prisons,
    Defendant,

Civil No. 1:06-CV-01187-ESH

SECOND DECLARATION OF ROBERT FERRETTI

I, Robert Ferretti, under penalty of perjury do hereby declare, certify and state:

1. I am the Case Manager at the Federal Correctional Institution (FCI), in Fort Dix, New Jersey. As part of my official duties, I have access to, among other things, central file records maintained on inmates while at FCI Fort Dix. I am presently the Case Manager for Latchmie Toolasprashad.

2. I am aware that Latchmie Toolasprashad, Federal Register Number 10975-056, who is currently incarcerated at the Federal Correctional Institution (FCI), Fort Dix, New Jersey, has filed the above-captioned lawsuit. I am also aware that he requested a copy of a psychological report prepared in 2000 at the Federal Correctional Institution (FCI), Petersburg, Virginia.

3. On January 29, 2007, the FCI Fort Dix staff attorney

1

contacted me to confirm the location of this report. I reviewed Latchmie Toolasprashad's central file maintained at FCI Fort Dix and note that the above-referenced report is located in Volume Two of Two Volumes, Section Six.

Pursuant to the provisions of 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2007

Robert Ferretti
Case Manager
Federal Correctional Institution
Fort Dix, New Jersey