# Latchmie Toolasprashad v. BOP, et al.
## Case No. 06-1187 (ESH)

## Declaration of Dr. Marcia Baruch
## January 25, 2007

## Exhibit 5

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

Latchmie Toolasprashad,
    Plaintiff,

v.                                  Civil No. 1:06-CV-01187-ESH

Bureau of Prisons,
    Defendant,


DECLARATION OF DR. MARCIA BARUCH

I, Dr. Marcia Baruch, under penalty of perjury do hereby declare, certify and state:

1. I am the Chief Psychologist at the Federal Correctional Institution (FCI), Fort Dix, New Jersey. I started with the Department of Justice, Federal Bureau of Prisons in 1989 and became the Chief Psychologist at FCI Fort DIx in 1993.

2. I have been made aware that Latchmie Toolasprashad, Federal Register Number 10975-056, who is currently incarcerated at the Federal Correctional Institution (FCI), Fort Dix, New Jersey, has filed an amended complaint to the above-captioned lawsuit in the District of Columbia.

3. I have not been served with a copy of the amended complaint. Furthermore, I do not reside in the District of Columbia.

Pursuant to the provisions of 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2007

*Marcia Baruch*
Marcia Baruch
Chief Psychologist
Federal Correctional Institution
Fort Dix, New Jersey