UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

Latchmie Toolasprashad,
    Plaintiff,

v.

Bureau of Prisons,
    Defendant,

Civil No. 1:06-CV-01187-ESH

DECLARATION OF DR. KENDRA L. PUGH

I, Dr. Kendra L. Pugh, under penalty of perjury do hereby declare, certify and state:

1. I am a Clinical Psychologist at the Low Security Correctional Institution located within the Federal Correctional Complex (FCC), in Petersburg, Virginia. I started with the Department of Justice, Federal Bureau of Prisons in 1992 as a Clinical Psychologist at this institution.

2. I have been made aware that Latchmie Toolasprashad, Federal Register Number 10975-056, who is currently incarcerated at the Federal Correctional Institution (FCI), Fort Dix, New Jersey, has filed an amended complaint to the above-captioned lawsuit in the District of Columbia.

01/25/2007  15:09    8045047212              PEM CORRECTIONAL SVC              PAGE  03

3. I have not been served with a copy of the amended complaint. Furthermore, I do not reside in the District of Columbia.

Pursuant to the provisions of 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 25, 2007

Kendra L. Pugh, Psy. D.
Psychologist
Low Security Correctional Institution
Federal Correctional Complex
Petersburg, Virginia