# Latchmie Toolasprashad v. BOP, et al.
## Case No. 06-1187 (ESH)

## Declaration of Kathleen Pinner
## January 19, 2007

## Exhibit 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LATCHMIE TOOLASPRASHAD,        )
                               )
        Plaintiff,             )
                               )
v.                             )   Civil No. 06-1187
                               )
BUREAU OF PRISONS,             )
                               )
        Defendant.             )

## DECLARATION

I, KATHLEEN PINNER, declare as follows:

1. I am a Hearing Examiner for the United States Parole Commission, with offices at 5550 Friendship Boulevard, Chevy Chase, Maryland 20815.

2. I am not a resident of the District of Columbia.

3. I have not been served with a copy of the complaint in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: January 19, 2007

KATHLEEN PINNER
Hearing Examiner
U.S. Parole Commission