# Latchmie Toolasprashad v. BOP, et al.
## Case No. 06-1187 (ESH)

## Declaration of Mildred J. Reid
## January 30, 2007

## Exhibit 8

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

Latchmie Toolasprashad,
    Plaintiff,

v.

Bureau of Prisons,
    Defendant,

Civil No. 1:06-CV-01187-ESH

DECLARATION OF MILDRED J. REID

I, Mildred J. Reid, under penalty of perjury do hereby declare, certify and state:

1. I am the Regional Employee Services Specialist for the Federal Bureau of Prisons, Northeast Regional Office, located in Philadelphia, Pennsylvania. I started with the Bureau of Prisons in 1992 and became a Regional Employee Services Specialist in 1997.

2. I am aware that Latchmie Toolasprashad, Federal Register Number 10975-056, who is currently incarcerated at the Federal Correctional Institution (FCI), Fort Dix, New Jersey, has filed an amended complaint to the above-captioned lawsuit in the District of Columbia.

3. As a Regional Employee Services Specialist, I am aware that employment information concerning current Bureau of Prisons employees is available in a database system maintained by the National Finance Center (NFC). I am familiar with the operation of this system and I am able to determine whether a specific individual is a current Bureau of Prisons employee.

4. On this date, I accessed the NFC database to determine whether Jamie D. Berry and Andrew J. Kerr are current employees of the Bureau of Prisons. Neither individual is currently employed with the Bureau of Prisons.

Pursuant to the provisions of 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 30, 2007

*Mildred J. Reid*
Mildred J. Reid
Regional Employee Services Specialist
Federal Bureau of Prisons
Philadelphia, Pennsylvania