# Latchmie Toolasprashad v. BOP, et al.
## Case No. 06-1187 (ESH)

## Declaration of Pamela Roberts
## January 25, 2007

## Exhibit 9

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LATCHMIE TOOLASPRASHAD, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil No. 06-1187 |
| ) | |
| BUREAU OF PRISONS, ) | |
| ) | |
| Defendant. ) | |

### D E C L A R A T I O N

I, PAMELA ROBERTS, declare as follows:

1. I am an Attorney for the United States Parole Commission, with offices at 5550 Friendship Boulevard, Chevy Chase, Maryland 20815.

2. The United States Parole Commission was not served with a copy of the complaint in this case.

3. All of the Commission's files for inmates and parolees are maintained in the Commission's offices in Chevy Chase, Maryland. All materials pertaining to an inmate under the jurisdiction of the Parole Commission are placed in a parole file retrievable by an inmate's name and register number. A parole file is established for an inmate following his initial parole determination hearing and initially contains those materials considered at the inmate's initial parole hearing. Any materials concerning the inmate, received subsequent to the initial hearing, are placed in the file in chronological order including any documents related to interim hearings.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed: 1/25/07

*Pamela Roberts*
PAMELA ROBERTS
Attorney
U.S. Parole Commission