UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LATCHMIE TOOLASPRASHAD,** | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-1187 (ESH) |
| | ) | |
| v. | ) | |
| | ) | |
| **BUREAU OF PRISONS,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO STRIKE PLAINTIFF'S SURREPLY**

Defendant, by and through counsel, the United States Attorney for the District of Columbia, respectfully files this Motion to Strike Plaintiff's Surreply to Defendant's Objections ("Plaintiff's Surreply").

**I. INTRODUCTION**

In this *pro se* action, Plaintiff, Latchmie Toolasprashad, Register Number 10975-056, brought a Complaint against the Bureau of Prisons, pursuant to the Freedom of Information Act ("FOIA"), seeking certain documents. See Complaint, Docket Entry No. 1. On December 13, 2006, defendant filed a Renewed Motion to Dismiss, or in the Alternative, for Summary Judgment. See Docket Entry Nos. 20 and 21. After several pleadings, see Docket Entry Nos. 30, 32, 34, 35,[1] on January 31, 2007, the Court issued a Memorandum Opinion ("Mem. Op.") in

---

[1] On January 12, 2007, plaintiff filed Objections to Defendant's Renewed Motion to Dismiss or, in the Alternative, for Summary Judgment ("Objections to Defendant's Renewed Motion"). See Docket Entry No. 30. On January 19, 2007, plaintiff filed Supplemental Objections to Defendant's Renewed Motion to Dismiss or, in the Alternative, for Summary Judgment. See Docket Entry No. 34. On January 23, 2007, defendant filed a Reply to Plaintiff's Objections to Defendant's Renewed Motion to Dismiss or, in the Alternative, for Summary Judgment ("Reply to Plaintiff's Objections"). See Docket Entry Nos. 32. On January 30, 2007,


...


which it granted defendant's renewed motion for summary judgment. See Docket Entry No. 37. The Court opined that defendant was "entitled to judgment as a matter of law on the FOIA claim." Mem. Op. at p. 3. Plaintiff now files a Surreply to Defendant's Reply to Plaintiff's Objections to Defendant's Renewed Motion to Dismiss or, in the Alternative, for Summary Judgment (Docket Entry No. 32). See Docket Entry No. 41. However, the Court has disposed of plaintiff's claims on the merits, and plaintiff's surreply should be stricken.

## II. ARGUMENT

The standard for granting leave to file a surreply is whether the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply. Lewis v. Rumsfeld, 154 F.Supp.2d 56 (D.D.C. 2001). There were no matters presented in defendant's Reply to Plaintiff's Objections which plaintiff has not already addressed in his Objections to Defendant's Renewed Motion. Therefore, plaintiff's surreply should be stricken.[2]

## III. CONCLUSION

Accordingly, for the reasons set forth above, defendant respectfully requests that the Court strike plaintiff's surreply.

---

defendant filed a Reply to Plaintiff's Supplemental Objections. See Docket Entry No. 35.

[2]To the extent plaintiff's filing is deemed a motion for reconsideration of the Court's order granting Defendant's Renewed Motion for Summary Judgment, plaintiff's request should be denied as plaintiff has failed to state any grounds for the requested relief.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
MARIAN L. BORUM, D.C. BAR # 435409
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I certify that, on this 12th day of February, 2007, the foregoing was sent by First-Class Mail, postage prepaid to:

Latchmie Toolasprashad
#10975-056
FCI Fort Dix
Unit 5803
P.O. Box 7000
Fort Dix, New Jersey 08640

                                         /s/
                                       MARIAN L. BORUM
                                       Assistant United States Attorney