UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LATCHMIE TOOLASPRASHAD,<br>    Plaintiff,<br><br>v.<br><br>BUREAU OF PRISONS, et al.,<br>    Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 06-1187 (ESH)<br>)<br>)<br>)<br>) |

**DEFENDANTS' NOTICE OF FILING OF ADDITIONAL EXHIBIT TO MOTION TO DISMISS AMENDED COMPLAINT OR, IN THE ALTERNATIVE, TO TRANSFER**

Defendants respectfully file the attached Exhibit, Order of the Honorable Jerome B. Simandle of the United States for the District of New Jersey, entered on April 6, 2005, denying Plaintiff's Motion to Reopen Case for Further Proceedings, in District of New Jersey Civil Action No. 04-3219.  This document was referenced on page 5 of Defendants' Motion to Dismiss Amended Complaint or, in the Alternative, to Transfer, Docket Entry No. 38.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendants

## **CERTIFICATE OF SERVICE**

  THIS IS TO CERTIFY that on this 14th day of March, 2007, a copy of the foregoing was sent by First-Class Mail, postage prepaid, to:

Latchmie Toolasprashad
#10975-056
FCI Fort Dix
Unit 5803
P.O. Box 7000
Fort Dix, New Jersey 08640

         /s/
        MARIAN L. BORUM
        Assistant United States Attorney