UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LATCHMIE TOOLASPRASHAD, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1187 (ESH) |
| BUREAU OF PRISONS, *et al.*, | ) |
| Defendants. | ) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion and in the Memorandum Opinion accompanying the Order of January 31, 2007, it is

**ORDERED** that defendants' motion to dismiss the amended complaint [Dkt. No. 38] is **GRANTED**; and it is

**FURTHER ORDERED** that judgment is entered for defendants and this case is **DISMISSED WITH PREJUDICE**.  This is a final appealable Order.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE: March 19, 2007