UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TOOLASPRASHAD,

v.

Case No. 06-1187 (ESH)

BUREAU OF PRISONS, et al.

FILED
APR 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF'S NOTICE OF APPEAL

On March 23, 2007, plaintiff received the Court's opinion and order dismissing this action. The Court erred as a matter of law when it failed to consider the issues raised in that the adverse determination through the false records which could be verified through the records.

This notice serves as plaintiff's notice of appeal.

Respectfully submitted,

/s/ Latchmie Toolasprashad

Latchmie Toolasprashad #10975-056
FCI Ft Dix, PO Box 7000
Ft Dix, NJ 08640

Certificate of Service

I hereby certified that a copy of "Plaintiff's Notice of Appeal" has been mailed on this the 26th day of March, 2007, postage prepaid and addressed as:

Marian L. Borum
Assistant U.S. Attorney
555 4th Street, NW
Washington, DC 20530

/s/ Latchmie Toolasprashad