United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

USCA NO. 07-5118

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

I, Latchmie Toolasprashad, Fed Reg #: 10975-056, hereby consent for the appropriate prison officials to withhold from my prison account and pay to the Clerk, U.S. District Court an initial payment of 20% of the greater of:

(a)  the average monthly deposits to my account for the six-month period immediately preceding the filing of my notice of appeal; or

(b)  the average monthly balance in my account for the six-month period immediately preceding the filing of my notice of appeal.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 per cent of each month's income. Each time the amount in the account reaches $10, the Trust Officer must forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $455.00 filing fee is paid in full.

By executing this document, I also authorize collection on a continuing basis of any additional costs imposed by the Court of Appeals.

_____
SIGNATURE OF APPELLANT

consent.ifp 4/1/99