# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5118**

**September Term, 2007**
06cv01187

**Filed On: October 1, 2007** [1070498]

Latchmie Toolasprashad,
    Appellant

v.

Bureau of Prisons,
    Appellee

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)

ISSUED: 11/19/07
BY: [signature] Deputy Clerk
ATTACHED: ___ Amending Order
    ___ Opinion
    ___ Order on Costs

**BEFORE:** Henderson, Tatel, and Kavanaugh, Circuit Judges

## ORDER

Upon consideration of the motion for appointment of counsel, and the motion for summary affirmance and the opposition thereto, it is

**ORDERED** that the motion for appointment of counsel be denied. With the exception of defendants appealing or defending in criminal cases, appellants are not entitled to appointment of counsel when they have not demonstrated sufficient likelihood of success on the merits. It is

**FURTHER ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The district court properly held that appellant's Privacy Act claims are barred by the doctrine of res judicata in light of the dismissal with prejudice of Toolasprashad v. Bureau of Prisons, Civil Action No. 04-3219, slip op. (D.N.J. Apr. 4, 2005). See Taylor v. Blakey, 490 F.3d 965, 969 (D.C. Cir. 2007) (citation omitted).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk